KAROL EUGENE SEMAN, Petitioner, *v.* JOHN C. KRSUL, Sheriff of Cascade County, Montana, STANLEY J. ROGERS, Superintendent and Director of Montana State Hospital, The DISTRICT COURT of the Eighth Judicial District of the State of Montana, Cascade County, the HONORABLE TRUMAN G. BRADFORD, Presiding Judge, and the HONORABLE VICTOR H. FALL, Sitting, Respondents.

No. 11170.
Decided June 30, 1966.
418 P.2d 308.

Order:

The petition for writ of habeas corpus ad subjiciendum or writ of supervisory control filed herein on June 22, 1966, and continued for hearing to June 29, 1966, is after answer, briefs and argument, denied.

It is so ordered.